IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KELLY ANDERSON<br><br>     v.<br><br>JAMES WALSH, et al. | CIVIL ACTION<br><br>NO. 13-2302 |
|---|---|

# O R D ER

**AND NOW**, this 25th day of June, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is **ORDERED** that:

1. Having reviewed the petitioner's objections and finding that petitioner does not show that the Report and Recommendation has made any legal errors or overlooked relevant facts that would warrant relief, the objections are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for writ of habeas corpus is **DENIED**.

4. There is no basis for the issuance of a certificate of appealability.

5. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2302 anderson v. walsh\13cv2302.r&r.objections.docx